Christopher Kao, Bar No. 237716
 CKao@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: 650.838.4300
Facsimile: 650.838.4350

John S. Skilton *(Pro Hac Vice)*
 JSSkilton@perkinscoie.com
Michelle M. Umberger *(Pro Hac Vice)*
 MUmberger@perkinscoie.com
Christopher G. Hanewicz *(Pro Hac Vice)*
 CHanewicz@perkinscoie.com
Autumn N. Nero *(Pro Hac Vice)*
 ANero@perkinscoie.com
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, Wisconsin  53703
Telephone:  608.663.7460
Facsimile:  608.663.7499

Attorneys for Defendant
S. C. Johnson & Son, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> S. C. JOHNSON & SON, INC., <br><br> Defendants. | Case No. 5:10-cv-01653 RS |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

Relator San Francisco Technology, Inc. and Defendant S. C. Johnson & Son, Inc., pursuant to Fed. R. Civ. P. 41(a), stipulate to the dismissal of all claims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

DATED: December 17, 2010     **MOUNT & STOELKER, P.C.**

By: /s/ *Kathryn G. Spelman*
    Daniel H. Fingerman
    Kathryn G. Spelman

Attorneys for Plaintiff
San Francisco Technology, Inc.

DATED: December 17, 2010     **PERKINS COIE LLP**

By: /s/ *Christopher G. Hanewicz*
    John S. Skilton
    Michelle M. Umberger
    Christopher G. Hanewicz
    Christopher Kao
    Autumn N. Nero

Attorneys for Defendant
S. C. Johnson & Son, Inc.

Pursuant to the stipulation, it is so ordered.

12/17/10
Date            Richard Seeborg, U.S. District Court Judge