1  Christopher Kao, Bar No. 237716
   CKao@perkinscoie.com
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
4  Telephone: 650.838.4300
   Facsimile: 650.838.4350
5
   John S. Skilton *(Pro Hac Vice)*
6    JSSkilton@perkinscoie.com
   Michelle M. Umberger *(Pro Hac Vice)*
7    MUmberger@perkinscoie.com
   Christopher G. Hanewicz *(Pro Hac Vice)*
8    CHanewicz@perkinscoie.com
   Autumn N. Nero *(Pro Hac Vice)*
9    ANero@perkinscoie.com
   PERKINS COIE LLP
10 1 East Main Street, Suite 201
   Madison, Wisconsin  53703
11 Telephone:  608.663.7460
   Facsimile:  608.663.7499
12
   Attorneys for Defendant
13 S. C. Johnson & Son, Inc.

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18 SAN FRANCISCO TECHNOLOGY INC.,       Case No. 5:10-cv-01653 RS

19              Plaintiff,

20       v.

21 S. C. JOHNSON & SON, INC.,

22              Defendants.

23     **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**
24

25

26

27

28

69564-0007/LEGAL19758856.1      -1-        Stipulation of Dismissal with Prejudice
                                                          5:10-cv-01653 RS

1   Relator San Francisco Technology, Inc. and Defendant S. C. Johnson & Son, Inc.,
2   pursuant to Fed. R. Civ. P. 41(a), stipulate to the dismissal of all claims between them in this
3   action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

6   DATED: December 17, 2010                **MOUNT & STOELKER, P.C.**

8                                            By: /s/ *Kathryn G. Spelman*
                                                Daniel H. Fingerman
9                                               Kathryn G. Spelman

                                             Attorneys for Plaintiff
10                                           San Francisco Technology, Inc.

12  DATED: December 17, 2010                **PERKINS COIE LLP**

13                                           By: /s/ *Christopher G. Hanewicz*
                                                John S. Skilton
14                                              Michelle M. Umberger
                                                Christopher G. Hanewicz
15                                              Christopher Kao
                                                Autumn N. Nero

16                                           Attorneys for Defendant
17                                           S. C. Johnson & Son, Inc.

20  Pursuant to the stipulation, it is so ordered.

21    12/17/10
    _____          _____
22  Date                                     Richard Seeborg, U.S. District Court Judge